IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

LAWRENCE J. HARDGE                                                                                PLAINTIFF

VS.                                                                            CIVIL ACTION NO. 3:04CV437LN

CHRISTOPHER EPPS, ET AL                                                                       DEFENDANTS

## ORDER

IT IS HEREBY ORDERED that defendants' motion for reconsideration is denied.

ORDERED this the 1st day of December, 2005.

/S/ TOM S. LEE
UNITED STATES DISTRICT JUDGE