# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

**LAWRENCE J. HARDGE**                                                                          **PLAINTIFF**

**VS.**                                                             **CIVIL ACTION NO. 3:04CV437LS**

**CHRISTOPHER EPPS,** *ET AL.*                                                              **DEFENDANTS**

## ORDER

This matter came before the court on the Defendants' request for expedited review of their Motion to Strike Expert Witness. In order that this issue may be resolved in a timely fashion that will not require another trial continuance, the court is of the opinion that expedited review should be granted.

IT IS, THEREFORE, ORDERED that the Plaintiff shall respond to this Motion by Thursday, August 24, at 12:00 p.m., and any rebuttal shall be submitted by Monday, August 28, 2006, at 12:00 p.m.

IT IS SO ORDERED, this the 22nd day of August, 2006.

S/James C. Sumner
UNITED STATES MAGISTRATE JUDGE