```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                    JACKSON DIVISION
```

LAWRENCE HARDGE                                              PLAINTIFF

VS.                                CIVIL ACTION NO. 3:04CV437TSL-JCS

CHRISTOPHER EPPS, ET AL.
DEFENDANTS

## JUDGMENT

Having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and having adopted same as the opinion of this Court, the Court finds that the plaintiff's exhausted claims should be dismissed with prejudice, while his unexhausted claims should be dismissed without prejudice.

THEREFORE, IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of the defendants, and that plaintiff's unexhausted claims are dismissed without prejudice and his exhausted claims are dismissed with prejudice.

SO ORDERED this the  22nd  day of August, 2007.

                           /s/Tom S. Lee
                           UNITED STATES DISTRICT JUDGE